# Court of Appeals
# of the State of Georgia

ATLANTA, _September 12, 2012_

*The Court of Appeals hereby passes the following order:*

**A13D0005.  IN RE: ESTATE OF JOHN ASA ZACHERY, DECEASED.**

John Asa Zachery, Jr. and Tiffaney Zachery filed an application for discretionary appeal from the trial court's order denying their motion to recuse.  No final order has been entered in the case.

"Denials of motions to recuse are interlocutory in nature.  An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed.  *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Warringer v. Warringer*, 204 Ga. App. 86 (418 SE2d 446) (1992).  The applicants' failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this application, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _09/12/2012_
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*